**Richard Anthony MITCHELL, Petitioner–Appellant,**

v.

**Robert SMITH, Respondent–Appellee.**

No. 00–7351.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Richard Anthony Mitchell, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Richard Anthony Mitchell seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Mitchell's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Mitchell v. Smith,* No. CA–98–629–5–H (E.D.N.C. Sept. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*